Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA ARSLANIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN PLC, ACTAVIS PLC, PAUL M. BISARO, ROBERT TODD JOYCE, BRENTON L. SAUNDERS, and MARIA TERESA HILADO,<br><br>Defendants. | No. CV-16-8254-R<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) plaintiff Lina Arslanian and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Defendants have not filed an answer or moved for summary judgment. No class has been certified. There are related actions pending in the District of New Jersey, *Forden v. Allergan PLC, et al.*, No. 16-cv-9499 (SDW) and the in the Southern District of New York, *Haile, Jr. v. Allergan plc, et al.*, No. 16-cv-8661 (VEC). Lead Plaintiff

motions under the PSLRA, which are due January 3, 2017, will proceed in those actions and any other related actions filed in those jurisdictions.

Dated: January 2, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A. I am over the age of eighteen.

On January 2, 2017, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 2, 2017.

/s/ Laurence Rosen
Laurence Rosen